United States District Court

Eastern District of California

Ruben Contreras,

      Petitioner,     No. Civ. S 03-0391 FCD PAN P

  vs.     Order

Edward S. Alameida, Jr., et al.,

      Respondents.

-oOo-

    December 12, 2005, respondent requested leave to file an amended answer in light of <u>Sass v. California Board of Prison Terms</u>, 376 F. Supp. 2d 975 (E. D. Cal. 2005). Respondent's motion is granted; the clerk shall file respondent's proposed supplemental answer. Petitioner may file and serve a supplemental reply within 20 days.

    So ordered.

    Dated: December 15, 2005.

                            /s/ Peter A. Nowinski
                            PETER A. NOWINSKI
                            Magistrate Judge