IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUBEN CONTRERAS,

    Petitioner,                   No. CIV S-03-0391 FCD EFB P

    vs.

EDWARD ALAMEIDA, et al.,

    Respondents.               ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On February 9, 2007, petitioner requested an extension of time to file and serve objections to the January 26, 2007, findings and recommendations. *See* Fed. R. Civ. P. 6(b).

      Good cause appearing, it is ORDERED that petitioner's February 9, 2007, request is granted and petitioner has 20 days from the date this order is served to file and serve objections to the January 26, 2007, findings and recommendations.

Dated: February 22, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE